UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20397-CIV-Lenard/Garber

DANNY TARANTINO,

    Plaintiff,

v.

WILHELMINA FORD, EDMUND
CAMPBELL, FIDELITY AND
DEPOSIT COMPANY OF MARYLAND,

    Defendants.
_____/

## ORDER

THE COURT has received the Motion to Join the American Postal Worker's Union [DE 124] filed by defendant Fidelity and Deposit Company of Maryland (Fidelity) and plaintiff's response in opposition.

The issue of judicial economy and resolution of all claims arising in this cause are best served by the joinder of American Postal Worker's Union (APWU). Such joinder will likely resolve any issues regarding multiple litigation that might be faced by the defendant Fidelity. Accordingly, it is hereby

ORDERED that Fidelity's Motion to Join, etc. is hereby GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of December, 2009.

                                          _____
                                          BARRY L. GARBER
                                          UNITED STATES MAGISTRATE JUDGE